UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK,<br><br>        Plaintiff,<br><br>  v.<br><br>CAVALRY PORTFOLIO SERVICES,<br><br>        Defendant. | No.  3:16-cv-00918-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**(Doc. No. 16)** |

    The Court, having received the parties' Joint Motion to Dismiss with Prejudice, IT IS HEREBY ORDERED that the Motion is GRANTED.  All claims in this action are hereby DISMISSED with prejudice.

    IT IS SO ORDERED.

Dated:  November 14, 2016

                                          Hon. Anthony J. Battaglia
                                          United States District Judge